**HOLDEN WILLITS PLC**
Two North Central Avenue, Suite 1760
Phoenix, Arizona 85004
Telephone: (602) 508-6210
Facsimile: (602) 508-6211
bwillits@holdenwillits.com
Nelson A. F. Mixon (State Bar No. 028882)
nmixon@holdenwillits.com

Attorneys for Defendant MAV Nutrition, LLC

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Gulden, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MAV Nutrition, LLC, a Florida limited liability company,<br><br>    Defendant. | **NOTICE OF REMOVAL**<br><br><br><br><br>**Case No.:** |

Defendant MAV Nutrition, LLC ("Defendant") submits this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and provides the following grounds for removal.

1.  This matter was commenced by Plaintiff Charles Gulden ("Plaintiff") in Yuma Justice Court on February 22, 2022 with the filing of a Complaint against Defendant.

2.  The Complaint and Summons were served on Defendant via certified mail on March 1, 2022.

3.  The Complaint and Summons constitute all process and proceedings filed and served on Defendant in this case, copies of which are attached hereto as Exhibit "A".

Pursuant to L. R. Civ. 3.6(b), the undersigned verifies that the Summons and Complaint are the only pleadings or other documents filed in the state court proceeding, and that the copies attached hereto as Exhibit "A" are true and complete copies thereof.

4. Pursuant to L. R. Civ. 3.6(b), a copy of the docket in the state court proceeding is attached hereto as "Exhibit B."

5. Plaintiff alleges a single cause of action against Defendant for the alleged violation of 47 U.S.C. § 227 the Telephone Consumer Protection Act ("TCPA"). [*See* Complaint, Ex. A.]

6. Plaintiff's single cause of action for an alleged violation of the TCPA raises a federal question, entitling Defendant to remove the action to federal court. *See* 28 U.S.C. § 1441(a).

7. Defendant has not pled, answered, or otherwise appeared in the Arizona justice court action.

8. Defendant filed this Notice within 30 days after its receipt of the initial pleading setting forth the claim for relief upon which the action is based, and within one year after the commencement of the action. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

9. A copy of this Notice is being filed with the Clerk of the Yuma County Justice Court of the State of Arizona.

WHEREFORE, Defendant MAV Nutrition, LLC respectfully requests that this action be removed from the Yuma County Justice Court of the State of Arizona to the United States District Court for the District of Arizona, and that further proceedings in

the Yuma County Justice Court regarding the action be stayed pursuant to 28 U.S.C. § 1446.

DATED this 29th day of March, 2022.

HOLDEN WILLITS PLC

By /s/ Nelson A. F. Mixon
Nelson A. F. Mixon

Attorneys for Defendant MAV Nutrition, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2022, I sent via U.S. Mail and Electronic Mail the Notice of Removal to Federal Court to the following:

Charles A. Gulden
11802 East 28th Place
Yuma, Arizona 85367
chasinyuma@hotmail.com
Plaintiff

/s/ Valerie Corral